# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Huawei Technologies USA, Inc., § <br> and § <br> Huawei Technologies Co., Ltd., § <br>  § <br>     Plaintiffs, § <br>  § <br>     v. § <br>  § <br> United States of America, § <br>  § <br> Emily Webster Murphy, Administrator of § <br> the General Services Administration, § <br>  § <br> Alexander Acosta, Secretary of Labor, § <br>  § <br> Alex Azar II, Secretary of Health and § <br> Human Services, § <br>  § <br> Betsy DeVos, Secretary of Education, § <br>  § <br> Sonny Perdue, Secretary of Agriculture, § <br>  § <br> Robert Wilkie, Secretary of Veterans § <br> Affairs, § <br>  § <br> and § <br>  § <br> David Bernhardt, Acting Secretary of the § <br> Interior, § <br>  § <br> in their official capacities, § <br>  § <br>     Defendants. § | Civil Action No. 4:19-cv-159 |

## **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Huawei Technologies USA, Inc., and Huawei Technologies Co., Ltd. file this Corporate Disclosure Statement as follows:

1. Huawei Technologies USA, Inc.'s direct parent corporation is Huawei Technologies Cooperatief U.A. (Netherlands). Huawei Technologies Cooperatief U.A.'s parent corporations are Huawei Technologies Co., Ltd. (China) and Hua Ying Management Co., Ltd. (Hong Kong, China). The parent corporation of both Huawei Technologies Co., Ltd. and Hua Ying Management Co., Ltd. is Huawei Investment & Holding Co., Ltd. (China). Huawei Investment & Holding Co., Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Huawei Technologies Co., Ltd.'s direct parent corporation is Huawei Investment & Holding Co., Ltd. (China). Huawei Investment & Holding Co., Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: March 6, 2019                                        Respectfully submitted,

                                                                     /s/ Clyde M. Siebman

| | |
|---|---|
| Clyde M. Siebman | Glen D. Nager (D.C. Bar No. 385405)* |
| TX Bar No. 18341600 | Ryan J. Watson (D.C. Bar No. 986906)* |
| Michael C. Smith | JONES DAY |
| TX Bar No. 18650410 | 51 Louisiana Avenue, NW |
| Elizabeth S. Forrest | Washington, DC 20001 |
| TX Bar No. 24086207 | (202) 879-3939 |
| SIEBMAN, FORREST, BURG & SMITH, LLP | gdnager@jonesday.com |
| Federal Courthouse Square | rwatson@jonesday.com |
| 300 North Travis Street | |
| Sherman, TX 75090 | *Counsel of Record* |
| (903) 870-0070 | |
| clydesiebman@siebman.com | **Pro hac vice* motions forthcoming* |
| michaelsmith@siebman.com | |
| elizabethforrest@siebman.com | |
| | |
| Andrew D. Lipman (D.C. Bar No. 280123)* | |
| Russell Blau (D.C. Bar No. 366697)* | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 1111 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |
| (202) 739-6033 | |
| andrew.lipman@morganlewis.com | |
| russell.blau@morganlewis.com | |

*Counsel for Plaintiffs*