AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| HUAWEI TECHNOLOGIES USA, INC., and HUAWEI TECHNOLOGIES CO. LTD., <br><br> *Plaintiff(s)* <br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4:19-cv-159 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Betsy DeVos, in her official capacity as
SECRETARY OF EDUCATION
OFFICE OF GENERAL COUNSEL
400 Maryland Ave., S.W.
Room 6E300
Washington, DC 20202-2111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glen D. Nager
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____3/7/19_____

_____David A. O'Toole_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-159

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sec'y of Education Betsy DeVos, in her official capacity
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per Fed. R. Civ. P. 4(i)(1)(A)(ii) and (i)(1)(B), I sent a copy of this summons and the complaint via registered mail to the U.S. Attorney for the E.D. of Texas and via registered mail to the Attorney General of the U.S. Per Rule 4(i)(2), I also sent a copy of this summons and the complaint via registered mail to Defendant DeVos at her agency's office.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Betsy DeVos, Secretary of Education
   Office of General Counsel
   400 Maryland Ave., SW
   Room 6E300
   Washington DC 20202-2111

   9590 9402 4648 8323 8460 84

2. Article Number: RE 364 405 576 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): D. Murray
C. Date of Delivery: 3/14/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ _____ Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☒ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt