# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES USA, INC., and HUAWEI TECHNOLOGIES CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 4:19-cv-00159 |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Motion for Entry of a Scheduling Order (Dkt. #25) and having concluded that the proposals stated therein are appropriate and supported by good cause, it is hereby

**ORDERED** that the motion is **GRANTED,** and that the following schedule and page limits shall govern the Parties' submissions in this case:

| Event | Date | Page Limit[1] |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | May 28, 2019 | 35 |
| Defendants' Combined Opposition and Motion to Dismiss, or in the Alternative for Summary Judgment | July 3, 2019 | 50 |
| Plaintiffs' Combined Reply and Opposition to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment | August 14, 2019 | 30 |
| Defendants' Reply in Support of Motion to Dismiss, or in the Alternative for Summary Judgment | September 10, 2019 | 15 |

---

[1] The page limits for the motion(s) for summary judgment include the Statement of Issues and Statement of Undisputed Material Facts, and the page limits for opposition(s) to such motion(s) include the responses to the Statement of Issues and Statement of Undisputed Material Facts. These page limits exclude exhibits and attachments.

It is further **ORDERED** that the Parties shall not file any other briefs, including sur-reply briefs, in regard to the aforementioned motions absent leave of Court; and it is further

**ORDERED** that Defendants' deadline to respond to the Complaint is hereby extended 36 days, to July 3, 2019; and it is further

**ORDERED** that the conference of the Parties contemplated by Fed. R. Civ. P. 26(f) need not occur until 21 days after the Court's ruling on all of the Parties' respective dispositive motions and that all other discovery obligations in this case, including the disclosures contemplated by Fed. R. Civ. P. 26(a)(1) and (a)(2), are tolled accordingly; and it is further

**ORDERED** that the Court will hold oral argument on the Parties' respective dispositive motions on **September 19, 2019, at 9:00 a.m.**

**SIGNED this 30th day of April, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE