## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| Huawei Technologies USA, Inc., <br> and <br> Huawei Technologies Co., Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Emily Webster Murphy, Administrator of the General Services Administration, <br><br> Patrick Pizzella, Acting Secretary of Labor, <br><br> Alex Azar II, Secretary of Health and Human Services, <br><br> Betsy DeVos, Secretary of Education, <br><br> Sonny Perdue, Secretary of Agriculture, <br><br> Robert Wilkie, Secretary of Veterans Affairs, <br><br> and <br><br> David Bernhardt, Acting Secretary of the Interior, <br><br> in their official capacities, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:19-cv-159 |

## **PLAINTIFFS' NOTICE OF CORRECTION**

Plaintiffs Huawei Technologies USA, Inc., and Huawei Technologies Co., Ltd. file this

Notice of Correction to Plaintiffs' Combined Reply in Support of Motion for Summary

Judgment and Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Dkt. #36) (the "Reply and Opposition Brief").

In reviewing the Reply and Opposition Brief that was filed with the Court on August 14, 2019, Plaintiffs discovered that the brief inadvertently included a typographical error in a pincite citation.  The typographical error is located on page 12 of the brief, which currently cites Van Tyne, *The Loyalists in the American Revolution* 237, 241, 314-15, 318-26 (1902).  Plaintiffs seek to notify the Court that the proper citation should read as follows:  Van Tyne, *The Loyalists in the American Revolution* 214-15, 237, 241, 318-26 (1902).

Dated: September 3, 2019                                   Respectfully submitted,

/s/ Clyde M. Siebman

| | |
|---|---|
| Clyde M. Siebman<br>TX Bar No. 18341600<br>Michael C. Smith<br>TX Bar No. 18650410<br>Elizabeth S. Forrest<br>TX Bar No. 24086207<br>SIEBMAN, FORREST, BURG & SMITH, LLP<br>Federal Courthouse Square<br>300 North Travis Street<br>Sherman, TX 75090<br>(903) 870-0070<br>clydesiebman@siebman.com<br>michaelsmith@siebman.com<br>elizabethforrest@siebman.com<br><br>Andrew D. Lipman (D.C. Bar No. 280123)*<br>Russell Blau (D.C. Bar No. 366697)*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-6033<br>andrew.lipman@morganlewis.com<br>russell.blau@morganlewis.com | Glen D. Nager (D.C. Bar No. 385405)*<br>Ryan J. Watson (D.C. Bar No. 986906)*<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>(202) 879-3939<br>gdnager@jonesday.com<br>rwatson@jonesday.com<br><br>   *Counsel of Record*<br><br>*Admitted *pro hac vice* |

*Counsel for Plaintiffs*