# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES USA, INC., ET AL. § | |
| § | |
| § | |
| vs. § | Case No. 4:19cv159 |
| § | Judge Mazzant |
| UNITED STATES OF AMERICA, ET AL. § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case on February 18, 2020 (Dkt. #51), it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED**.

All relief not previously granted is hereby DENIED.

**SIGNED this 1st day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE